# United States District Court
## Southern District of Georgia

Harris Baking Company
formerly known as
Regency Baking Company

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-171

Drayprop, LLC et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 30, 2015, Defendant's Motion for Summary Judgment is granted; dismissing plaintiff's complaint. This action stands closed.

September 30, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*